IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 4:03-CR-181 |
| | § | |
| GARY DEAN MEEK | § | |

## MEMORANDUM ORDER

The court referred a petition alleging violation of supervised release conditions to United States Magistrate Judge Chad Everingham, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. After considering these matters, it is

**ORDERED** that the defendant's plea of true to the allegations as set forth in the government's petition be **ACCEPTED**. Based upon the defendant's plea of true to the allegations, the court finds that the defendant violated the conditions of his supervised release. It is further

**ORDERED** that the defendant's supervised release be **REVOKED**. It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and one day, with no term of supervised release to follow such term of imprisonment. It is further

**REQUESTED** that the Bureau of Prisons place the defendant in its Ft. Worth, Texas, facility during the period of his confinement.

At the close of the revocation hearing, defendant, defense counsel and counsel for the

government, each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended therein, and defendant waived his right to be present with counsel and to speak at sentencing.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED this the 15th day of January, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE